No. 2022-1548

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PARKERVISION, INC.,

*Appellant,*

v.

INTEL CORPORATION,

*Appellee.*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01265

## UNOPPOSED MOTION OF APPELLEE INTEL CORPORATION TO WITHDRAW AS A PARTY

Intel Corporation respectfully moves under Fed. R. App. P. 27 to withdraw as a party. Intel has agreed to refrain from participating in challenges against the patent claims at issue, including in this appeal. Intel thus respectfully requests that the Court allow Intel to withdraw as a party.

Appellant ParkerVision, Inc. does not oppose this motion and will not file a response. The parties have agreed to bear their own costs.

Dated: February 7, 2023

Respectfully submitted,

/s/ Michael J. Summersgill
MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Counsel for Appellee*
*Intel Corporation*

# CERTIFICATE OF INTEREST

Counsel for Appellee Intel Corporation certifies the following:

**1.    Represented Entities**. Fed. Cir. R. 47.4(a)(1). Provide the full names of all entities represented by undersigned counsel in this case.

Intel Corporation

**2.    Real Party in Interest**. Fed. Cir. R. 47.4(a)(2). Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None.

**3.    Parent Corporations and Stockholders**. Fed. Cir. R. 47.4(a)(3). Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

None.

**4.    Legal Representatives**. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

WILMER CUTLER PICKERING HALE AND DORR LLP:  Haixia Lin, Brian Lambson

**5.    Related Cases**. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

*ParkerVision, Inc. v. Intel Corp.*, No. 6:20-cv-00108-ADA (W.D. Tex.)

**6.    Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

None.

Dated:  February 7, 2023 /s/ Michael J. Summersgill
MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street,
Boston, MA  02109

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1. The filing has been prepared using a proportionally-spaced typeface and includes 71 words.

2. The brief has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman font. As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

February 7, 2023

/s/ Michael J. Summersgill
MICHAEL J. SUMMERSGILL
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000