2022-1548

United States Court of Appeals for the Federal Circuit

_____

In re: **PARKERVISION, INC.**,
*Appellant*

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01265.

_____

# Notice of Intervention
## by the United States Patent and Trademark Office

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that the Director hereby exercises the right under 35 U.S.C. § 143 to intervene in appeal number 2022-1548.

Because the parties had completed briefing and submitted a Joint Appendix before Appellee withdrew from the appeal, the Director will not submit a separate brief. Instead, the Director intends to participate in oral argument and defend the decision of the Patent Trial and Appeal Board based on the arguments raised in Appellee's brief (ECF No. 22).

The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

Respectfully submitted,

Dated: March 21, 2023

/s/ Michael S. Forman
THOMAS W. KRAUSE
*Solicitor*

FARHEENA Y. RASHEED
*Deputy Solicitor*

MICHAEL S. FORMAN
BENJAMIN T. HICKMAN
*Associate Solicitors*
OFFICE OF THE SOLICITOR
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450
Tel: 571-272-9035

*Attorneys for the Director of the
United States Patent and Trademark Office*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing **NOTICE OF INTERVENTION BY THE UNITED STATES PATENT AND TRADEMARK OFFICE** using the Court's CM/ECF filing system which constitutes service upon all counsel of record pursuant to Fed. R. App. P. 25 (c) and Fed. Cir. R. 25 (e).

*/s/ Michael S. Forman*
MICHAEL S. FORMAN
*Associate Solicitor*
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450
michael.forman@uspto.gov
Tel: 571-272-9035